## STATE of Missouri, Respondent,

v.

## Deondra JILES, Appellant.

### No. ED 75786.

Missouri Court of Appeals,
Eastern District,
Division Two.

Jan. 25, 2000.

Jennifer S. Walsh, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., and ROBERT G. DOWD, Jr., and SHERRI B. SULLIVAN, JJ.

### ORDER

PER CURIAM.

Deondra Jiles (Jiles) appeals from the judgment upon his conviction by a jury of one count of murder in the second degree, Section 565.020.1, RSMo 1994, and one count of armed criminal action, Section 571.015, RSMo 1994, for which he was sentenced to concurrent sentences of twenty years' imprisonment for murder in the second degree and three years' imprisonment for armed criminal action. Jiles claims the trial court erred in overruling his *Batson* challenges of three African–American venirepersons. We affirm.

We have reviewed the briefs of the parties, the legal file and the transcript. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only,

setting forth reasons for this order pursuant to Rule 84.16(b).